# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PULLES PORTELA,<br><br>             Petitioner,<br><br>      v.<br><br>WARDEN OF THE CALIFORNIA CITY<br>DETENTION FACILITY, et al.,<br><br>             Respondents. | Case No. 1:26-cv-03102-KES-SAB-HC<br><br>ORDER GRANTING MOTION FOR<br>APPOINTMENT OF COUNSEL<br><br>(ECF No. 3)<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>ORDER DIRECTING CLERK OF COURT<br>TO SERVE DOCUMENTS ON FEDERAL<br>DEFENDER |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner previously moved for appointment of counsel, and the Court denied the motion without prejudice and noted that "if upon review of Respondent's response to the petition, the Court finds that the legal issues are more complex than they currently appear, the Court may revisit Petitioner's request for counsel." (ECF No. 10 at 2.)

Upon review of Respondents' response, (ECF No. 13), the Court finds that the legal issues are more complex than they previously appeared and that the interests of justice require the appointment of counsel. Based on the appointment of counsel, the Court sua sponte grants Petitioner leave to file an amended petition.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for appointment of counsel (ECF No. 3) is GRANTED.

1

2. Within **SEVEN (7) days** of the date of service of this order, the Federal Defender, as appointing authority for the Eastern District of California, SHALL identify counsel and **counsel SHALL FILE a notice of appearance in this case**.

3. Within **THIRTY (30) days** of the date of service of this order, Petitioner SHALL FILE either an amended petition or a notice that he will proceed with his original pro se petition.

4. If Petitioner files a First Amended Petition ("FAP"), within **TWENTY-ONE (21) days** of the date the FAP is filed with the Court, Respondent SHALL FILE a RESPONSE to the FAP. See Rule 4, Rules Governing Section 2254 Cases[1]; Cluchette v. Rushen, 770 F.2d 1469, 1473–74 (9th Cir. 1985) (court has discretion to fix time for filing a response).[2] A Response can be made by filing one of the following:

   a. AN ANSWER addressing the merits of the FAP. Any argument by Respondent that Petitioner has procedurally defaulted a claim SHALL BE MADE in the ANSWER but must also address the merits of the claim asserted.

   b. A MOTION TO DISMISS the FAP.

5. Within **TWENTY-ONE (21) days** of the date the FAP is filed with the Court, Respondent SHALL FILE any and all transcripts or other documents necessary for the resolution of the issues presented in the FAP. See Rule 5(c), Rules Governing Section 2254 Cases. **The transcripts or other documents shall only be filed electronically and, to the extent practicable, provided in Optical Character Recognition ("OCR") format. Respondent shall not file a hard copy of the transcripts or other documents unless so ordered by this Court.**

6. If Respondent files an Answer to the FAP, Petitioner MAY FILE a Traverse within **TEN (10) days** of the date Respondent's Answer is filed with the Court. If no Traverse is filed, the FAP and Answer are deemed submitted at the expiration of the ten days.

---

[1] The Rules Governing Section 2254 Cases apply to § 2241 habeas petitions. See Rule 1(b) of the Rules Governing Section 2254 Cases ("The district court may apply any or all of these rules to a habeas corpus petition not covered by" 28 U.S.C. § 2254.).

[2] See also Schwarz v. Meinberg, 478 F. App'x 394, 395 (9th Cir. 2012) (rejecting petitioner's contention that district court erred by permitting a time limit exceeding the limits specified in 28 U.S.C. § 2243).

7. If Respondent files a Motion to Dismiss, Petitioner SHALL FILE an Opposition or Statement of Non-Opposition within **FOURTEEN (14) days** of the date of service of Respondent's Motion. Any Reply to an Opposition to the Motion to Dismiss SHALL be filed within **SEVEN (7) days** after the Opposition has been filed in CM/ECF. The Motion to Dismiss will be deemed submitted when the time to reply has expired.

8. The Clerk of the Court is DIRECTED to SERVE a copy of this order along with a copy of the Petition, via email, on the Federal Defender's Office at cae_appointments_habeas@fd.org, and on the Office of the United States Attorney for the Eastern District of California at usacae.ecf2241-imm@usdoj.gov.

Extensions of time will only be granted upon a showing of good cause. All provisions of Local Rule 110 are applicable to this order.

IT IS SO ORDERED.

Dated:   **June 29, 2026**

STANLEY A. BOONE
United States Magistrate Judge