UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID PULLES PORTELA (A Number: 074-050-780),

Petitioner,

v.

WARDEN, et al.,

Respondents.

No. 1:26-cv-03102-KES-SAB (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING AMENDED PETITION FOR WRIT OF HABEAS CORPUS, AND REQUIRING IMMEDIATE RELEASE

Doc. 21

Petitioner David Pulles Portela is an immigration detainee proceeding with counsel with an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 28, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition and ordering that petitioner be released immediately. Doc. 26. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service. On November 9, 2026, respondents filed a one sentence objection, objecting "for the reasons stated in the Respondents' previously filed pleadings." Doc. 27.

In accordance with 28 U.S.C. § 636(b)(1), the court reviewed the matter de novo. Having carefully reviewed the file, including respondents' objections, the court concludes that the findings and recommendations are supported by the record and proper analysis.

///

The court ORDERS:

1. The findings and recommendations, Doc. 26, are ADOPTED in full.
2. The first amended petition for writ of habeas corpus, Doc. 21, is GRANTED.
3. Respondents are ORDERED to immediately release petitioner David Pulles Portela (A-Number: 074-050-780) under appropriate conditions of supervision.
4. Respondents are enjoined from re-detaining petitioner unless there are material changed circumstances and a neutral decisionmaker determines that there is a significant likelihood of petitioner's removal in the reasonably foreseeable future.
5. Respondents are ORDERED to provide petitioner with a copy of this Order upon his release.
6. The Clerk of Court is directed to close this case, terminate any remaining motions as moot, and enter judgment for petitioner.
7. The Clerk is directed to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated: November 19, 2026

UNITED STATES DISTRICT JUDGE